**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ROSE NIEVES RODRIGUEZ                             Chapter 13

                    Debtor              Bankruptcy No. 16-12421-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __21st__ day of __February__, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL P. KELLY
COWAN & KELLY P.C.
202 PENNS SQUARE
LANGHORNE, PA 19047-

Debtor:
ROSE NIEVES RODRIGUEZ

1813 Meadowbrook Road

Feasterville Trevose, PA 19053-